UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAY E. LENTZ,

    Petitioner,

v.

ERIC WILLIAMS,

    Respondent.

Case No. 20-cv-204-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jay E. Lentz's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed.

**DATED: April 21, 2021**                      **MARGARET M. ROBERTIE, Clerk of Court**

                                                                 **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**